HUDSON COUNTY STORE FIXTURE MANUFACTURING COMPANY, INCORPORATED, APPELLANT, v. BORIS GUTTMAN, RESPONDENT.

Argued May 26, 1925—Decided September 29, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 147.

For the appellant, *Rothstein & Hurwitz.*

For the respondent, *Pesin & Pesin.*

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, JJ. 10.

*For reversal*—None.